## Pay Summary: 2022 - 16 - 1

| St. Moritz Security Services, Inc.<br>4600 Clairton Blvd<br>Pittsburgh, PA 15236 | **Period Beginning Date**<br>4/1/2022 | **Pay Date**<br>4/21/2022 | **Co.**<br>DBZ | **Clock** | **Home Dept**<br>000932 |
|---|---|---|---|---|---|
| Michelle Gillyard<br>147 Fern Street<br>Philadelphia, PA 19120 | **Period Ending Date**<br>4/14/2022 | **WGPS Advance Pay Date** | **File #**<br>802761 | **Number**<br>00161282 | **Worked In Dept**<br>S0C123 |

| Gross Pay | | | $ 1,570.38 |
|---|---|---|---|
| Regular | Rate: 17.0000 | Hours: 80.00 | $ 1,360.00 |
| Overtime | Rate: 25.5000 | Hours: 8.25 | $ 210.38 |

Basis of Pay: HOURLY

| Taxes | | $ 352.35 |
|---|---|---|
| Federal Income Tax | | $ 120.77 |
| Social Security | | $ 97.36 |
| Medicare | | $ 22.77 |
| State Worked In: Pennsylvania | Code: PA | $ 48.21 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 0.94 |
| Locality Lived In: PHILADELPHIA LIVED IN CODE | Code: 3901 | $ 60.30 |
| Local 4: LST Jenkintown - Berkheimer TC | Code: 1399 | $ 2.00 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 1,218.03 |
|---|---|
| CHECKING | $ 1,218.03 |

## Other Details

### Memos

| Tot Work Hours | 88.25 |
|---|---|
| Eligible Comp | 1,570.38 |

## Pay Summary: **2022 - 20 - 1**

| | | | | | |
|---|---|---|---|---|---|
| St. Moritz Security Services, Inc.<br>4600 Clairton Blvd<br>Pittsburgh, PA 15236 | **Period Beginning Date**<br>4/29/2022 | **Pay Date**<br>5/19/2022 | **Co.**<br>DBZ | **Clock** | **Home Dept**<br>000932 |
| Michelle Gillyard<br>147 Fern Street<br>Philadelphia, PA 19120 | **Period Ending Date**<br>5/12/2022 | **WGPS Advance Pay Date** | **File #**<br>802761 | **Number**<br>00201215 | **Worked In Dept**<br>S0C123 |

| Gross Pay | | | $ 1,413.98 |
|---|---|---|---|
| Regular | Rate: 17.0000 | Hours: 75.72 | $ 1,287.24 |
| Overtime | Rate: 25.5000 | Hours: 4.97 | $ 126.74 |

Basis of Pay: HOURLY

| Taxes | | $ 310.73 |
|---|---|---|
| Federal Income Tax | | $ 102.01 |
| Social Security | | $ 87.66 |
| Medicare | | $ 20.51 |
| State Worked In: Pennsylvania | Code: PA | $ 43.41 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 0.85 |
| Locality Lived In: PHILADELPHIA LIVED IN CODE | Code: 3901 | $ 54.29 |
| Local 4: LST Jenkintown - Berkheimer TC | Code: 1399 | $ 2.00 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 1,103.25 |
|---|---|
| CHECKING | $ 1,103.25 |

## Other Details

### Memos

| Tot Work Hours | 80.69 |
|---|---|
| Eligible Comp | 1,413.98 |

# Pay Summary: 2022 - 22 - 1

| | | |
|---|---|---|
| St. Moritz Security Services, Inc.<br>4600 Clairton Blvd<br>Pittsburgh, PA 15236 | **Period Beginning Date**<br>5/13/2022 | **Pay Date**<br>6/2/2022 |
| Michelle Gillyard<br>147 Fern Street<br>Philadelphia, PA 19120 | **Period Ending Date**<br>5/26/2022 | **WGPS Advance Pay Date** |

| Co.<br>DBZ | Clock | Home Dept<br>000932 |
|---|---|---|
| File #<br>802761 | Number<br>00221307 | Worked In Dept<br>S0C123 |

## Gross Pay — $ 1,734.60

| | | | |
|---|---|---|---|
| Regular | Rate: 17.0000 | Hours: 80.00 | $ 1,360.00 |
| Overtime | Rate: 25.5000 | Hours: 14.69 | $ 374.60 |

Basis of Pay: HOURLY

## Taxes — $ 396.08

| | | |
|---|---|---|
| Federal Income Tax | | $ 140.48 |
| Social Security | | $ 107.55 |
| Medicare | | $ 25.15 |
| State Worked In: Pennsylvania | Code: PA | $ 53.25 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 1.04 |
| Locality Lived In: PHILADELPHIA LIVED IN CODE | Code: 3901 | $ 66.61 |
| Local 4: LST Jenkintown - Berkheimer TC | Code: 1399 | $ 2.00 |

## Deductions — $ 0.00

## Take Home — $ 1,338.52

| | |
|---|---|
| CHECKING | $ 1,338.52 |

## Other Details

### Memos

| | |
|---|---|
| Tot Work Hours | 94.69 |
| Eligible Comp | 1,734.60 |

# Pay Summary: 2022 - 22 - 1

| | | | | | |
|---|---|---|---|---|---|
| St. Moritz Security Services, Inc.<br>4600 Clairton Blvd<br>Pittsburgh, PA 15236 | **Period Beginning Date**<br>5/13/2022 | **Pay Date**<br>6/2/2022 | **Co.**<br>DBZ | **Clock** | **Home Dept**<br>000932 |
| Michelle Gillyard<br>147 Fern Street<br>Philadelphia, PA 19120 | **Period Ending Date**<br>5/26/2022 | **WGPS Advance Pay Date** | **File #**<br>802761 | **Number**<br>00221307 | **Worked In Dept**<br>S0C123 |

## Gross Pay — $ 1,734.60

| | | | |
|---|---|---|---|
| Regular | Rate: 17.0000 | Hours: 80.00 | $ 1,360.00 |
| Overtime | Rate: 25.5000 | Hours: 14.69 | $ 374.60 |

Basis of Pay: HOURLY

## Taxes — $ 396.08

| | | |
|---|---|---|
| Federal Income Tax | | $ 140.48 |
| Social Security | | $ 107.55 |
| Medicare | | $ 25.15 |
| State Worked In: Pennsylvania | Code: PA | $ 53.25 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 1.04 |
| Locality Lived In: PHILADELPHIA LIVED IN CODE | Code: 3901 | $ 66.61 |
| Local 4: LST Jenkintown - Berkheimer TC | Code: 1399 | $ 2.00 |

## Deductions — $ 0.00

## Take Home — $ 1,338.52

| | |
|---|---|
| CHECKING | $ 1,338.52 |

## Other Details

### Memos

| | |
|---|---|
| Tot Work Hours | 94.69 |
| Eligible Comp | 1,734.60 |