# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 22-11479-MDC

MICHELLE Y. GILLYARD

147 FERN STREET

PHILADELPHIA, PA 19120

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      MICHELLE Y. GILLYARD

      147 FERN STREET

      PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

      MICHAEL D. SAYLES ESQ
      427 West Cheltenham Avenue
      Suite #2.
      ELKINS PARK,, PA 19027-3291

                                                      /S/ Kenneth E. West

Date: 9/23/2022                                      _____

                                                        Kenneth E. West, Esquire
                                                        Chapter 13 Standing Trustee