# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:     Chapter 13

MICHELLE Y. GILLYARD     Bankruptcy No. 22-11479-MDC

147 FERN STREET

PHILADELPHIA, PA 19120

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
MICHELLE Y. GILLYARD

147 FERN STREET

PHILADELPHIA, PA 19120

**Counsel for debtor(s), by electronic notice only.**
MICHAEL D. SAYLES ESQ
427 West Cheltenham Avenue
Suite #2.
ELKINS PARK,, PA 19027-3291

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 10/6/2022                                         /s/ Kenneth E. West

                                                    _____
                                                    Kenneth E. West, Esquire
                                                    Chapter 13 Standing Trustee