# Sayles & Associates

# Time & Expenses (BK-Gillyard, Michelle (RF))

**Total Hours: 18.10**
**Total Hourly Fee: $0.00**
**Client Payments: $0.00**
**Outstanding Fee: $0.00**

| Date/Time | Duration | Billed | Expense | Payment | Description |
|---|---|---|---|---|---|
| 1/19/2021 8:51:00 AM | 00:06:00 | $0.00 | | | em\t\cl: filing BK will save home, sheriff sale date set yet? |
| 8/14/2021 10:46:00 AM | 00:06:00 | $0.00 | | | em\f\cl: request info to refile bankruptcy &property listed for sheriff sale |
| 8/14/2021 11:47:00 AM | 00:06:00 | $0.00 | | | em\\t\cl: permitted to refile bankruptcy |
| 8/16/2021 10:49:00 AM | 00:06:00 | $0.00 | | | em\t\cl: call ofc for appt. |
| 1/18/2022 8:29:00 PM | 00:06:00 | $0.00 | | | downloaded &reviewed: PHFA: KMLO: praecipe to WD OBPCF |
| 1/19/2022 7:50:00 AM | 00:06:00 | $0.00 | | | em\f\cl: follow request to refile BK, save home |
| 1/19/2022 10:52:00 AM | 00:06:00 | $0.00 | | | em\f\cl: not sure if sale date set |
| 1/19/2022 12:54:00 PM | 00:06:00 | $0.00 | | | em\t\cl: complete CCC immediately |
| 5/22/2022 1:55:00 PM | 00:06:00 | $0.00 | | | em\f\cl: sheriff sale schedule for 8\22. |
| 5/23/2022 4:56:00 PM | 00:06:00 | $0.00 | | | em\\t\cl: filing bk will save home |
| 5/23/2022 6:57:00 PM | 00:06:00 | $0.00 | | | em\f\cl: process to file BK |
| 5/23/2022 7:58:00 PM | 00:06:00 | $0.00 | | | em\f\cl: CCC completed |
| 5/23/2022 9:29:00 PM | 00:06:00 | $0.00 | | | em\t\cl; CCC received. fees &cost to refile BK. |
| 5/24/2022 8:03:00 AM | 00:06:00 | $0.00 | | | em\t\cl: agree to fees &cost |
| 5/24/2022 8:59:00 AM | 00:06:00 | $0.00 | | | downloaded CCC |
| 5/27/2022 8:14:00 AM | 00:06:00 | $0.00 | | | em\f\cl: schedule initial appt. |
| 6/1/2022 10:15:00 AM | 02:00:00 | $0.00 | | | initial consultation for file BK |

| Date | Duration | Amount | Description |
|---|---|---|---|
| 6/2/2022 11:16:00 AM | 00:30:00 | $0.00 | follow appt: additional documentation |
| 6/3/2022 9:18:00 AM | 00:30:00 | $0.00 | enter data: creditor info: |
| 6/4/2022 8:19:00 AM | 00:06:00 | $0.00 | em\t\cl: list of creditor for review |
| 6/4/2022 8:20:00 AM | 00:06:00 | $0.00 | em\f\cl: list of creditor is complete |
| 6/6/2022 8:21:00 AM | 00:06:00 | $0.00 | downloaded internet deed from city website |
| 6/6/2022 8:22:00 AM | 00:30:00 | $0.00 | civil docket lien search |
| 6/6/2022 8:23:00 AM | 00:12:00 | $0.00 | internet search for FMV of residence |
| 6/7/2022 8:25:00 AM | 00:18:00 | $0.00 | prepared &ECF filed ERBK |
| 6/7/2022 8:26:00 AM | 00:12:00 | $0.00 | prepared &ECF file: praecipe to add prior BK |
| 6/8/2022 8:43:00 AM | 00:06:00 | $0.00 | em\t\cl: BK filed &commence mortgage payments |
| 6/9/2022 2:27:00 PM | 00:06:00 | $0.00 | downloaded &review: ERBK |
| 6/9/2022 2:28:00 PM | 00:06:00 | $0.00 | downloaded &review ECF: praecipe to prior BK |
| 6/9/2022 5:32:00 PM | 00:06:00 | $0.00 | downloaded &reviewed: OOC: missing docs |
| 6/10/2022 8:29:00 AM | 00:06:00 | $0.00 | emt\atty: notice of Bankruptcy case &filing |
| 6/10/2022 8:31:00 AM | 00:24:00 | $0.00 | prepared &mailed: notice of BK filing: mailing matrix |
| 6/10/2022 10:30:00 AM | 00:06:00 | $0.00 | faxed to sheriff ofc: notice of BK case filing |
| 6/11/2022 9:33:00 AM | 00:06:00 | $0.00 | downloade &review: ECF filing: POC: RAC |
| 6/13/2022 8:34:00 AM | 00:06:00 | $0.00 | downloaded &reviewed: EFC filing: POC: ashley funding |
| 6/13/2022 8:35:00 AM | 00:06:00 | $0.00 | em\f\cl: requested additional documentation |
| 6/14/2022 3:36:00 PM | 00:06:00 | $0.00 | em\f\cl: additional docs requested |
| 6/15/2022 12:37:00 PM | 00:06:00 | $0.00 | em\f\cl: more additional docs requested |
| 6/19/2022 9:52:00 AM | 00:06:00 | $0.00 | em\t\cl: w-2 sent, FEDTXR requested |
| 6/19/2022 3:53:00 PM | 00:06:00 | $0.00 | em\f\cl: missing docs notice |

| Date | Duration | Amount | Description |
|---|---|---|---|
| 6/19/2022 9:53:00 PM | 00:06:00 | $0.00 | em\t\cl: this office takes care of missing, need FEDTXR |
| 6/19/2022 10:56:00 PM | 00:06:00 | $0.00 | em\f\cl: FEDTXR not completed |
| 6/21/2022 8:57:00 AM | 00:06:00 | $0.00 | em\t\cl: when FEDTXR to be filed? |
| 6/23/2022 8:38:00 AM | 00:06:00 | $0.00 | reviewed mortgage company POC from prior BK |
| 6/26/2022 9:00:00 AM | 00:24:00 | $0.00 | reviewed BK schedules with Debtor |
| 6/27/2022 11:39:00 AM | 01:00:00 | $0.00 | preapred &ecf filed: schedules, plan &means tesr |
| 7/7/2022 8:22:00 PM | 00:06:00 | $0.00 | downloaded &reviewed ECF: Notice of Chapter 13 BK Case |
| 7/8/2022 8:27:00 AM | 00:06:00 | $0.00 | em\t\cl; commence plan payments |
| 7/8/2022 11:16:00 AM | 00:06:00 | $0.00 | em\t\cl: FMC: 8\24 @ 9:30 via teleconference |
| 7/21/2022 8:26:00 PM | 00:06:00 | $0.00 | downloaded &review: ECF: FMC teleconfernce FMC # |
| 7/26/2022 3:29:00 PM | 00:06:00 | $0.00 | downlwoaded &reviewed ECF: EOA &RFN: KLMO: PHFA |
| 7/30/2022 10:31:00 AM | 00:06:00 | $0.00 | downloaded &reviewed ECF: POC: City Water |
| 8/6/2022 8:55:00 AM | 00:12:00 | $0.00 | down loaded &reviewed: OBPCF: PHFA: KMLO |
| 8/11/2022 10:32:00 AM | 00:06:00 | $0.00 | em\t\cl: trustee requested docs: FEDTXR-21 |
| 8/16/2022 8:34:00 PM | 00:06:00 | $0.00 | downloaded &reviewed ECF: POC: PHFA |
| 8/18/2022 10:35:00 AM | 00:06:00 | $0.00 | prepared &ECF filed: employee income records |
| 8/18/2022 11:37:00 AM | 00:12:00 | $0.00 | prepared &signed: trustee requested docs: FMC |
| 8/18/2022 2:38:00 PM | 00:06:00 | $0.00 | uploaded FMC Docs to Trustee ofc |
| 8/18/2022 5:39:00 PM | 00:06:00 | $0.00 | em\f\cl: BK info sheet |
| 8/18/2022 7:40:00 PM | 00:12:00 | $0.00 | prepared &em\t\cl: copy of signed Pe &schs |
| 8/21/2022 10:53:00 AM | 00:30:00 | $0.00 | zoom conference: reviewed &Pe &schs with Debtor |

| Date | Duration | Amount | Description |
|---|---|---|---|
| 8/22/2022 2:42:00 PM | 00:06:00 | $0.00 | em\f\cl: copy FEDTXR-21 |
| 8/24/2022 8:43:00 AM | 00:06:00 | $0.00 | em\f\cl: proof of plan payment |
| 8/29/2022 9:44:00 AM | 00:06:00 | $0.00 | prepared &uploaded additional docs to Trustee ofc |
| 9/6/2022 12:45:00 PM | 00:06:00 | $0.00 | downloaded &reviewed BK Docket entries |
| 9/6/2022 12:58:00 PM | 00:06:00 | $0.00 | em\t\cl: CHD\FDMC: 9\11\22 |
| 9/9/2022 2:57:00 PM | 00:06:00 | $0.00 | prepared &uploaded additional docs to Trustee ofc |
| 9/9/2022 9:54:00 PM | 00:06:00 | $0.00 | em\f\TO: amended plan underfunded |
| 9/10/2022 10:59:00 AM | 00:12:00 | $0.00 | p\c\t\cl: review docs prior to FMC |
| 9/15/2022 2:00:00 PM | 00:06:00 | $0.00 | em\t\cl: FMC rescheduled to 9\21 |
| 9/21/2022 12:00:00 AM | 00:30:00 | $0.00 | appeared with Debtor FMC teleconference |
| 9/21/2022 12:02:00 AM | 00:06:00 | $0.00 | em\t\TO: update status CF: request continuance of CF hearing |
| 9/22/2022 9:01:00 AM | 00:06:00 | $0.00 | em\f\TO: TMD: PPPP continued to 11\10\22 |
| 9/24/2022 9:04:00 AM | 00:06:00 | $0.00 | downloaded &reviewed: TMD: Plan payments &feasibility, delay: HD: 11\10\22. |
| 9/28/2022 11:07:00 AM | 00:06:00 | $0.00 | em\f\TO 341 minutes |
| 9/28/2022 1:08:00 PM | 00:06:00 | $0.00 | reviewed 341 minutes |
| 10/7/2022 9:09:00 AM | 00:06:00 | $0.00 | downloaded &reviewed ECF: Truste Obj. to plan CF: amended schs |
| 11/2/2022 9:10:00 AM | 00:06:00 | $0.00 | downloaded &reviewed ECF: Notice Mortgage payment change: PHFA |
| 11/8/2022 11:13:00 AM | 00:06:00 | $0.00 | em\t\TO: amended sch filed &no NEE |
| 11/8/2022 9:11:00 PM | 00:06:00 | $0.00 | em\f\TO: TMD: aSCH I&J: new employment &NEE |
| 11/9/2022 10:35:00 AM | 00:06:00 | $0.00 | downloaded &reviewed Claim register |
| 11/9/2022 10:50:00 AM | 00:06:00 | $0.00 | em\f\KMLO: atty no longer employed at OFC. |

| Date | Time | Amount | Description |
|---|---|---|---|
| 11/9/2022 11:32:00 AM | 00:06:00 | $0.00 | em\t\KMLO: will request requested from PHFA |
| 11/9/2022 11:17:00 PM | 00:06:00 | $0.00 | em\t\KMLO: request breakdown fees &costs: POC: PHFA |
| 11/11/2022 9:20:00 PM | 00:06:00 | $0.00 | em\f\KMLO: ledger for fees &costs: PHFA |
| 12/12/2022 3:49:00 PM | 00:06:00 | $0.00 | downloaded &reviewed Trustee's Case Summary |
| 12/14/2022 9:24:00 AM | 00:30:00 | $0.00 | prepared &ECF filed amended plan |
| 12/14/2022 9:26:00 AM | 00:24:00 | $0.00 | prepared &ECF filed: amended plan |
| 12/14/2022 9:31:00 AM | 00:06:00 | $0.00 | em\t\TO: amended plan filed |
| 1/17/2023 10:27:00 AM | 00:06:00 | $0.00 | downloaded &reviewed Trustee Case Summary for payments |
| 1/18/2023 4:28:00 PM | 00:12:00 | $0.00 | preapred &ECF filed: amended SCH I&J, precon |
| 1/18/2023 4:31:00 PM | 00:06:00 | $0.00 | em\t\KMLO: wd OBJPC: PHFA |
| 1/18/2023 4:37:00 PM | 00:06:00 | $0.00 | em\f\KMLO: will request permission to wd OBJCF: PHFA |
| 1/18/2023 4:59:00 PM | 00:06:00 | $0.00 | em\f\KMLO: OBJPCF: PHFA: WD |
| 1/18/2023 8:00:00 PM | 00:06:00 | $0.00 | em\t\KMLO: appreciated prompt response to request: WD OBJPCF: KHFA |
| 1/18/2023 8:23:00 PM | 00:12:00 | $0.00 | prepared Docs &em\tTO: praecipe, asch &precon |
| 1/25/2023 10:25:00 AM | 00:06:00 | $0.00 | em\t\cl: CHD\TMD: PPPP: 2\2\23 |
| 2/20/2023 12:17:00 PM | 00:06:00 | $0.00 | em\f\TO: any updated payment info? |
| 2/21/2023 8:13:00 AM | 00:06:00 | $0.00 | em\t\TO: debtor she will be current by HD |
| 2/22/2023 9:50:00 AM | 00:06:00 | $0.00 | em\f\TO: one payment due> Debtor current by next week? |
| 2/23/2023 8:55:00 AM | 00:06:00 | $0.00 | em\f\TO: acknowledged info re: payments |
| 2/23/2023 10:25:00 AM | 00:06:00 | $0.00 | em\t\TO: debtor to become by hearing day |
| 2/23/2023 10:26:00 AM | 00:06:00 | $0.00 | em\t\TO: proof of recent plan payment |

| Date | Duration | Amount | Description |
|---|---|---|---|
| 3/21/2023 9:41:00 AM | 00:06:00 | $0.00 | em\t\cr: plan payment no received by Trustee |
| 3/22/2023 10:11:00 AM | 00:06:00 | $0.00 | em notice: message undeliverable |
| 3/22/2023 11:50:00 AM | 00:06:00 | $0.00 | em\t\TO: plan payment tender not received by TO |
| 9/20/2023 9:53:00 AM | 00:24:00 | $0.00 | p\c\t\cl: f\u doc review: FMC |