United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                   Case No. 22-11479-mdc

Michelle Y. Gillyard                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                         Page 1 of 3

Date Rcvd: Apr 21, 2023                    Form ID: pdf900                                Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle Y. Gillyard, 147 Fern Street, Philadelphia, PA 19120-1954 |
| 14696447 | + | Dan's Auto Sales Inc., 6450 Harbison Avenue, Philadelphia, PA 19149-3036 |
| 14696451 | + | Matthew Fissel, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14696452 | | PECO-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14696454 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14696455 | + | Philadelphia Gas Works, ATTN: Bankruptcy Department 3F, 800 West Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14696459 | + | US Bank National Association, 111 East Wacker Drive, Suite 3000, Chicago, IL 60601-4803 |
| 14696460 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 21 2023 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14697535 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 23:41:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696442 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 23:41:55 | Ashley Funding Services, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14696444 | | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14696445 | | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14696443 | + | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14696446 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 21 2023 23:36:00 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 14696448 | | Email/Text: mrdiscen@discover.com | Apr 21 2023 23:36:00 | Discover Bank, P.O. Box 8003, Hilliard, OH 43026 |
| 14696449 | ^ | MEBN | Apr 21 2023 23:36:10 | KML Law Group, PC, Suite 5000-Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 27

| | | | |
|---|---|---|---|
| 14696450 | Email/Text: amps@manleydeas.com | Apr 21 2023 23:36:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14708505 | ^ MEBN | Apr 21 2023 23:36:11 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14713874 | + Email/Text: blegal@phfa.org | Apr 21 2023 23:36:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14696453 | + Email/Text: blegal@phfa.org | Apr 21 2023 23:36:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14696456 | Email/Text: signed.order@pfwattorneys.com | Apr 21 2023 23:36:00 | Pressler and Presler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14697337 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 21 2023 23:42:03 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14696457 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 23:42:03 | Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14696458 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 23:41:56 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696461 | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Apr 21, 2023 Form ID: pdf900 Total Noticed: 27

LEON P. HALLER
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL D. SAYLES
on behalf of Debtor Michelle Y. Gillyard midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Michelle Gillyard**      )     Chapter 13
                            )
                            )
Debtor                   )
                            )     Bankruptcy No.: **22-11479\mdc**

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth West, Standing Trustee (the" Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.    This chapter 13 bankruptcy case is **DISMISSED**.

2.    Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.    Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. '349(b)(3), the undistributed Chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.    All other property of the estate shall revest pursuant to 11 U.S.C. '349(b)(3).

5.    All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.    Counsel for the Debtor shall serve this Order by first class mail, postage

prepaid, on all interested parties within five (5) days of the entry of this Order.    Within

thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of

Service confirming such service, and (2) a Certification of No Response confirming that

neither an objection to the proposed compensation nor an application for

administrative expense has been filed, or if such application has been filed, set a hearing

on all such applications.

7.    If no Certification, as required above in Paragraph 6 has been entered on the

docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if

any applications for administrative expenses other than Debtor(s) Counsels have been

filed, set a hearing thereon or, if no such applications have been filed, be authorized to

return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).


Dated: April 20, 2023

**MAGDELINE D. COLEMAN**
UNITED STATES BANKRUPTCY JUDGE