IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Michelle Gilyard** ) | | Chapter 13 |
| ) | | |
| ) | | |
| Debtor ) | | |
| ) | | Bankruptcy No.: **22-11479\mdc** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that neither an objection to the proposed compensation nor to application for administrative expense has been filed.

Date: **June 13, 2023**                             Respectfully Submitted,


**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Ave #2
Elkins Park, PA  19027
215-635-2270 (phone)
e-mail: midusa1@comcast.net